Argued October 24, affirmed October 24, 1972

## STATE OF OREGON, *Respondent, v.*
## RON LEE MILEY (No. 9272), *Appellant.*

501 P2d 1298

*J. C. Van Voorhees,* Prineville, argued the cause for appellant. With him on the brief were Bodie & Minturn, Prineville.

*Philip M. Roberts,* District Attorney, Prineville, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.